**UNITED STATES of America,**
**Plaintiff–Appellee**

**v.**

**Jack PARCHMENT, Defendant–**
**Appellant.**

**No. 07–10440**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Oct. 20, 2009.

Jordan Andrew Konig, U.S. Attorney's Office, Northern District of Texas, Dallas, TX, for Plaintiff–Appellee.

Jack Parchment, Seagoville, TX, pro se.

Before WIENER, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Jack Parchment has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Parchment has filed a response. Our independent review of the record, counsel's brief, and Parchment's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.